UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANDREA CASTRO,<br><br>      Plaintiff,<br><br> v.<br><br>COLUMBIA STATE BANK, a Washington Bank Corporation; DAVI BAER, individually and in his supervisory capacity; and KELLY KELLY, individually and in her supervisory capacity,<br><br>      Defendants. | NO: 1:19-CV-3256-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

  BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 20). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that each party will bear their own costs and fees. The Court has reviewed the record and files herein, and is fully informed.

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 1

According to Rule 41(a)(1)(A)(ii), a plaintiff may dismiss an action by filing a stipulation signed by all parties who have appeared.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, this action is **DISMISSED** with prejudice, each party shall bear their own costs and fees.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** August 18, 2020.



THOMAS O. RICE
United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE ~ 2